IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK ALLAN CAMPBELL,

        Petitioner,                           ORDER

    v.                                             12-cv-225-wmc

BRYAN BARTOW,

        Respondent.

---

        Mark Campbell, a prisoner at the Wisconsin Resource Center, in Winnebago, Wisconsin, has filed a petition for a writ of habeas corpus. He requests permission to proceed *in forma pauperis*. He has supported his request with an affidavit of indigency along with a trust fund account statement from the institution.

        In determining whether to allow a prisoner to proceed *in forma pauperis*, this court uses the following formula. First, the court determines petitioner's average monthly deposits and his average monthly balances for the six-month period mentioned above. If 20% of the greater of these two figures is $5 or more, the petitioner is not eligible for indigent status and will have to prepay all of the $5 filing fee. If 20% of the greater of these two figures is less than $5, he will be required to prepay whatever portion less than $5 has been calculated.

        Applying this formula to petitioner, I find that he is able to pay the filing fee. According to the trust account statement, in the past six months petitioner's monthly deposits have averaged $103.81. Twenty percent of this figure is $20.76. Accordingly, I will deny petitioner's application for leave to proceed *in forma pauperis*. To proceed further on his habeas petition, petitioner must pay the $5 filing fee. If he fails to pay the fee by May 15, 2012, his petition will be dismissed for his failure to prosecute it.

ORDER

IT IS ORDERED that the petition of Mark Campbell for leave to proceed *in forma pauperis* is DENIED. Petitioner has until May 15, 2012 in which to pay the $5 filing fee. If he fails to submit the fee by May 15, 2012, his petition will be dismissed for failure to prosecute it.

Entered this 18th day of April, 2012.

                            BY THE COURT:

                            /s/

                            STEPHEN L. CROCKER
                            Magistrate Judge