AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| Mark Allan Campbell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  12 CV 225 |
| Warden Lizzie Tegels | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The petition under 28 U.S.C. § 2254 is denied.  The Court declines to issue a certificate of appealability.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Philip G. Reinhard   on a motion for _____ .

Date:   11/14/2013

*CLERK OF COURT*

s/ Jennifer Titak

*Signature of Clerk or Deputy Clerk*