IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

MARK ALLAN CAMPBELL,

        Plaintiff,

  v.                                        Case No. 12-CV-225

WARDEN LIZZIE TEGELS,

        Defendant.

## NOTICE OF APPEAL

    Notice is hereby given that Mark Allan Campbell, the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment and order denying the petition for habeas corpus, entered on November 14, 2013.

    Dated this 13th day of December, 2013.

                                              Respectfully submitted,

                                              s/
                                              STEVEN D. PHILLIPS
                                              Assistant State Public Defender
                                              Wisconsin Bar No. 1017964

                                              Office of the State Public Defender
                                              Post Office Box 7862
                                              Madison, WI  53707-7862
                                              (608) 266-8748
                                              phillipss@opd.wi.gov

                                              Attorney for Plaintiff

-2-