IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mark Allan Campbell,               )<br>                                                 )<br>         Plaintiff,                         )<br>                                                 ) Case No. 12 CV 225<br>   vs.                                        )<br>                                                 )<br>Warden Lizzie Tegels,                )<br>                                                 )<br>         Defendant.                      ) Judge Philip G. Reinhard<br>                                                 ) | |

## ORDER

Petitioner Mark Allan Campbell's motion for leave to appeal *in forma pauperis* [17] is granted.  The Clerk is directed to send a copy of this Order to the PLRA Attorney, U.S. Court of Appeals for the Seventh Circuit.

## STATEMENT

Petitioner Mark Allan Campbell, a state prisoner, filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254.  *See* [1].  On November 14, 2013, the court denied the petition and declined to issue a certificate of appealability.  *See* [13]-[14].  Petitioner has now filed a notice of appeal and seeks leave to proceed on his appeal *in forma pauperis*. [17].  After reviewing the petitioner's financial affidavit and prisoner trust fund account statement, the court finds that petitioner appears to satisfy the criteria set forth in Fed. R. App. P. 24(a).  Accordingly, the court grants petitioner's motion for leave to appeal *in forma pauperis*.  The Clerk is directed to send a copy of this Order to the PLRA Attorney, U.S. Court of Appeals for the Seventh Circuit.

Date: 12/19/2013                                ENTER:

*Philip G. Reinhard*
United States District Court Judge

Docketing to Mail Notices. (LC)