IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | | |
|---|---|---|
| MARK A. CAMPBELL, | | |
| | Petitioner, | ORDER |
| v. | | 12-cv-225-wmc |
| | | Appeal No. 13-3780 |
| BRIAN FOSTER, Warden, | | |
| Kettle Moraine Correctional Institution, | | |
| | Respondent. | |

---

State inmate Mark A. Campbell filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a state court conviction. On November 14, 2013, the court denied that petition after concluding that Campbell was not entitled to relief. Respondent has now filed a motion pursuant to Fed. R. App. P. 23(a), requesting authorization to transfer Campbell from the Kettle Moraine Correctional Institution in Plymouth, Wisconsin, to the Oshkosh Correctional Institution. Respondent maintains that authorization is required under Rule 23(a) because Campbell's habeas corpus petition is currently pending review on appeal. Campbell does not oppose the transfer and has, in fact, requested it. Accordingly, the court will grant the motion and authorize the requested transfer.

ORDER

IT IS ORDERED that respondent's motion for authorization to transfer custody of petitioner Mark A. Campbell (dkt # 22) is GRANTED.

Entered this 21st day of February, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge